# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **CAMERON V. LEE-EL,** *also known as* **CAMERON LEE,** | ) ) ) | JUDGMENT IN CASE |
| Petitioner, | ) ) ) | 1:15-cv-00062-FDW |
| vs. | ) ) ) | |
| **PAT MCCRORY, GEORGE T. SOLOMON,** | ) ) ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 28, 2015 Order.

April 28, 2015

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court